IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

JEREMIE SMITH,

              Plaintiff,

                                    Civ. Action No.
                                    9:03-CV-294 (DNH/DEP)

   vs.

GLENN S. GOORD, *et al.*

              Defendants.

_____

APPEARANCES:                       OF COUNSEL:

FOR PLAINTIFF:

KOOB, MAGOOLAGHAN LAW FIRM    KATHERINE ROSENFELD, ESQ.
19 Fulton Street
Suite 408
New York, New York 10038

FOR DEFENDANTS:

HON. ELIOT SPITZER              DAVID B. ROBERTS, ESQ.
ATTORNEY GENERAL
State of New York
The Capitol
Albany, New York 12224-0341

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

## ORDER

The court having issued a Uniform Pretrial Scheduling Order in this matter on July 25, 2003 establishing certain deadlines governing the

progression of the case, and the parties having requested extension of one or more of the deadline dates contained within that order based upon circumstances which were discussed during a telephone conference held on April 28, 2004, it is therefore hereby

ORDERED, that the deadline dates contained in the court's Uniform Pretrial Scheduling Order be and hereby are amended, as follows:

| Deadline | Date |
| --- | --- |
| Discovery Completion | September 30, 2004 |
| Motion Filing Deadline | November 30, 2004 |

It is further hereby

ORDERED, that except for the foregoing all of the dates contained within the Uniform Pretrial Scheduling Order shall apply and shall not be modified, with or without consent of the parties, except for good cause (see L. R. 16.1(f)); and it is further hereby

ORDERED, that copies of this order shall be promptly sent by the clerk to counsel for the parties electroncially.

Dated: April 28, 2004
       Syracuse, New York

David E. Peebles
U.S. Magistrate Judge

2